CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Richard Morin (SBN 285275)
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Email: legal@rickmorin.net
Attorneys for Defendants
Bedford Plaza Associates and House of Pho Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br>v.<br><br>BEDFORD PLAZA ASSOCIATES, a California Limited Partnership; House of Pho Inc., a California Corporation,<br><br>    Defendants. | Case No.: 3:21-cv-01568-JSC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 22, 2021            CENTER FOR DISABILITY ACCESS

                                By:    /s/ Amanda Seabock
                                       Amanda Seabock
                                       Attorneys for Plaintiff

| | | |
|---|---|---|
| 1 | Dated: June 22, 2021 | LAW OFFICE OF RICK MORIN, PC |

By:    /s/ Richard Morin
            Richard Morin
            Attorneys for Defendants
            Bedford Plaza Associates and
            House of Pho Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Bedford Plaza Associates and House of Pho Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 22, 2021               CENTER FOR DISABILITY ACCESS

                                   By:    /s/ Amanda Seabock
                                          Amanda Seabock
                                          Attorneys for Plaintiff